# **EXHIBIT A**

# **AFFIDAVIT OF ELLEN C. KEARNS**

# **FILED UNDER SEAL**