# Exhibit "C"

Gmail - Hernandez/Pomodoro -- Initial Disclosures and Settlement... https://mail.google.com/mail/u/0/?ui=2&ik=844601fc88&view...



Michaela May <attorneymay@gmail.com>

---

## Hernandez/Pomodoro -- Initial Disclosures and Settlement Numbers

**Pardo, Chris** <cpardo@constangy.com>  Thu, Oct 17, 2013 at 8:52 PM
To: Michaela May <attorneymay@gmail.com>
Cc: "Kearns, Ellen" <ekearns@constangy.com>, "Lowell, Jason" <jlowell@constangy.com>

Michaela,

This email is to confirm our discussion this evening that initial disclosures will be exchanged on or before October 25, 2013.

Also, you are going to send me your settlement numbers tomorrow so that I can again raise participating in federal mediation with my client.

Thanks again for your cooperation,

Chris

---

### Christopher M. Pardo
**Attorney**
Direct: 617.849.7884 • Direct Fax: 617.849.7874
E-mail: cpardo@constangy.com • View Bio/VCard



****

**Download Constangy's New Mobile App for iPhone and iPad!**
535 Boylston St., Suite 902, Boston, MA 02116
Main: 617.849.7880 • Fax: 617.849.7870 • www.constangy.com

Atlanta, GA • Asheville, NC • Austin, TX • Birmingham, AL • Boston, MA • Chicago, IL • Columbia, SC • Dallas, TX • Fairfax, VA • Greenville, SC • Jacksonville, FL • Kansas City, MO • Lakeland, FL • Los Angeles County, CA • Macon, GA • Madison, WI • Nashville, TN • Princeton, NJ • Opelika, AL• Port St. Lucie, FL • St. Louis, MO • Tampa, FL • Ventura County, CA • West Point, GA • Winston Salem, NC

** CONFIDENTIALITY NOTICE **

This communication, including any attachments, is from Constangy, Brooks & Smith, LLP, and contains confidential information intended only for the addressee(s). The information contained in this transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient, any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.

IRS Circular 230 Notice: Federal regulations apply to written communications (including emails) regarding federal tax matters between our firm and our clients. Pursuant to these federal regulations, we inform you that any U.S. federal tax advice in this communication (including

any attachments) is not intended or written to be used, and cannot be used, by the addressee or any other person or entity for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.