# **CONSENT**

I, _Arles Granados Lazo_, consent to join the action against Golden Apple Inc., North End Pomodoro, Inc., Matt Murphy's Pub, Inc., Siobhan Carew and Jonathan Pell (collectively "Defendants") to assert claims for overtime pay, and any related claims such as for retaliation or breach of contract, under any and all federal, state, or local law.

I also consent to have attorney Michaela C. May represent my interests in doing so, and consent to her representing me in this action.

I state that at some point since February 1, 2009, I worked for at least one of the Defendants for at least 40 hours in a given week and did not receive the appropriate pay for all hours worked, including for overtime compensation.

_____
Signature

_2/25/2013_____
Date

# CONSENT

I, __Edwin Hernandez__, consent to join the action against Golden Apple Inc., North End Pomodoro, Inc., Matt Murphy's Pub, Inc., Siobhan Carew and Jonathan Pell (collectively "Defendants") to assert claims for overtime pay, and any related claims such as for retaliation or breach of contract, under any and all federal, state, or local law.

I also consent to have attorney Michaela C. May represent my interests in doing so, and consent to her representing me in this action.

I state that at some point since February 1, 2009, I worked for at least one of the Defendants for at least 40 hours in a given week and did not receive the appropriate pay for all hours worked, including for overtime compensation.

_____
Signature

__2/25/2013__
Date

# CONSENT

I, _José Ortez_, consent to join the action against Golden Apple Inc., North End Pomodoro, Inc., Matt Murphy's Pub, Inc., Siobhan Carew and Jonathan Pell (collectively "Defendants") to assert claims for overtime pay, and any related claims such as for retaliation or breach of contract, under any and all federal, state, or local law.

I also consent to have attorney Michaela C. May represent my interests in doing so, and consent to her representing me in this action.

I state that at some point since February 1, 2009, I worked for at least one of the Defendants for at least 40 hours in a given week and did not receive the appropriate pay for all hours worked, including for overtime compensation.

_jose ortiz_
Signature

_2/25/2013_
Date

# CONSENT

I, _Yerlin Ortez_, consent to join the action against Golden Apple Inc., North End Pomodoro, Inc., Matt Murphy's Pub, Inc., Siobhan Carew and Jonathan Pell (collectively "Defendants") to assert claims for overtime pay, and any related claims such as for retaliation or breach of contract, under any and all federal, state, or local law.

I also consent to have attorney Michaela C. May represent my interests in doing so, and consent to her representing me in this action.

I state that at some point since February 1, 2009, I worked for at least one of the Defendants for at least 40 hours in a given week and did not receive the appropriate pay for all hours worked, including for overtime compensation.

_Yerlin Noel Ortez_
Signature

_2/25/2013_
Date

# CONSENT

I, _Martir Soto_, consent to join the action against Golden Apple Inc., North End Pomodoro, Inc., Matt Murphy's Pub, Inc., Siobhan Carew and Jonathan Pell (collectively "Defendants") to assert claims for overtime pay, and any related claims such as for retaliation or breach of contract, under any and all federal, state, or local law.

I also consent to have attorney Michaela C. May represent my interests in doing so, and consent to her representing me in this action.

I state that at some point since February 1, 2009, I worked for at least one of the Defendants for at least 40 hours in a given week and did not receive the appropriate pay for all hours worked, including for overtime compensation.

_Martir A. Sorto_
Signature

2/25/2013
Date

# CONSENT

I, __Santos Velasquez__, consent to join the action against Golden Apple Inc., North End Pomodoro, Inc., Matt Murphy's Pub, Inc., Siobhan Carew and Jonathan Pell (collectively "Defendants") to assert claims for overtime pay, and any related claims such as for retaliation or breach of contract, under any and all federal, state, or local law.

I also consent to have attorney Michaela C. May represent my interests in doing so, and consent to her representing me in this action.

I state that at some point since February 1, 2009, I worked for at least one of the Defendants for at least 40 hours in a given week and did not receive the appropriate pay for all hours worked, including for overtime compensation.

_Santos E. Velasquez_
Signature

2/25/2013
Date