# Exhibit "F"

# MICHAELA C. MAY, ESQ.

Law Office of Michaela C. May • P.O. Box 441944 • Somerville, MA 02144
P: (617) 863-6529 • F: (617) 977-8774 • attorneymay@gmail.com

April 1, 2014

*Via electronic and certified mail*

Patrick Troy, Esq.
Law Office of Patrick M. Troy
107 Union Wharf
Boston MA 02109

Re: <u>Hernandez v. Carew</u> — Deposition Rescheduling

Dear Attorney Troy:

Per your request, I have rescheduled Ms. Carew's deposition to Friday, April 18. The deposition will take place at O'Brien & Levine Court Reporting Services, located at 195 State Street, Boston, MA 02109. It will begin at 10 a.m.

As you know, this deposition was previously scheduled to take place on Tuesday, April 1. Of course, that deposition will no longer take place.

Please find a reissued deposition notice enclosed, and thank you for your attention to this matter.

Sincerely,

Michaela C. May, Esq.

Enc.: 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWIN HERNANDEZ, )
ARLES GRANADOS LAZO, )
JOSE ORTEZ, YERLIN ORTEZ, )
MARTIR SORTO, AND )
SANTOS VELASQUEZ, )
)
    Plaintiffs, )
)
v. ) Civil Action No. 1:13-cv-10394-WGY
)
GOLDEN APPLE, INC., POMODORO )
NORTH END, INC., MATT MURPHY'S )
PUB, INC., AND SIOBHAN CAREW )
)
    Defendants. )

## NOTICE OF DEPOSITION (REISSUED)

To:    Patrick Troy, Esq.
        Law Office of Patrick M. Troy
        107 Union Wharf
        Boston MA 02109

    Please take notice that, pursuant to Fed. R. Civ. P. 30, Plaintiffs Edwin Hernandez, Arles Granados Lazo, Jose Ortez, Yerlin Ortez, Martir Sorto and Santos Velasquez will take the Deposition Upon Oral Examination of Defendant **Siobhan Carew**, of 31 White Place, Brookline, Massachusetts, on **FRIDAY, APRIL 18, 2014 at 10 a.m.** at the offices of O'Brien & Levine Court Reporting Services, 195 State Street, Fifth Floor, Boston, Massachusetts 02109. The deposition will take place before a notary public or before some other officer authorized by law to administer oaths and will be recorded by stenographic means. The deposition will continue from day to day until completed.

    You are invited to attend and cross-examine.

EDWIN HERNANDEZ, ARLES GRANADOS
LAZO, JOSE ORTEZ, YERLIN ORTEZ,
MARTIR SORTO AND SANTOS VELASQUEZ
By Their Attorney,

/s/ Michaela C. May
Michaela C. May, Esq. (BBO #676834)
P.O. Box 441944.
Somerville, MA 02144-1944
P: (617) 863-6529
F: (617) 977-8774
E: attorneymay@gmail.com

Dated: April __1__, 2014

### CERTIFICATE OF SERVICE

I, Michaela C. May, hereby certify that on this __1__ day of April 2014, I served the foregoing paper by pre-paid, certified first-class mail and by electronic mail to the person referenced below:

Patrick Troy, Esq.
Law Office of Patrick M. Troy
107 Union Wharf
Boston MA 02109

/s/ Michaela C. May

2